IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED FINANCIAL CASUALTY COMPANY,

    Plaintiff,

v.                                                                                                  1:14-cv-00635-KG/SMV

DEAN MARTIN, ROY A. GONZALES, Individually and d/b/a
ROY GONZALES TRUCKING,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Plaintiff, United Financial Casualty Company, and Defendants, Dean Martin, Roy A. Gonzales, individually and d/b/a Roy Gonzales Trucking ("Defendants") Motion to Dismiss with Prejudice, for an Order dismissing the Complaint and all causes of action stated therein or which could have been stated therein on the grounds that all matters in controversy by and between the Plaintiff and Defendants has been fully resolved; and the Court having read the pleadings and noting the concurrence of all counsel, and being fully advised in the premises, FINDS:

    1.    That it has jurisdiction over the parties and the subject matter of this suit;

    2.    Said Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Complaint, and all causes of action stated therein or which could have been stated therein, filed by the Plaintiff, United Financial Casualty Company and Defendants, Dean Martin, Roy A. Gonzales, individually and d/b/a Roy Gonzales Trucking, be and hereby is dismissed, with prejudice, with each party to bear its/their own attorney's fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**SUBMTITED BY:**

 /s/ Meena H. Allen_____
Meena H. Allen
*Attorney for Plaintiff*


 /s/ Paul Barber_____
Paul Barber
*Attorney for Defendant Dean Martin*